1  SCOTT N. SCHOOLS South Carolina Bar No. 9990
   United States Attorney
2  JOANN SWANSON, CSBN 88143
   Chief, Civil Division
3  Katherine B. Dowling, CSBN 220767
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6833
6      Facsimile:  (415) 436-7169

7  Attorneys for Federal Defendant

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 BENJAMIN F. ROBINSON,           )   Case No. C 07-00305 PJH
                                   )   **E-Filing Case**
14                    Plaintiff,   )
                                   )   [~~PROPOSED~~ ORDER] STIPULATION
15         v.                      )   TO CONTINUE DATE FOR CASE
                                   )   MANAGEMENT CONFERENCE
16 CARLOS M. GUTIERREZ, Secretary  )
   United States Department of Commerce, )
17                                 )
                      Defendant.   )
18 _____)

19
       IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
20
   of the Court, that the date for the initial case management conference be continued from April
21
   26, 2007, until May 10, 2007 at 2:30P.M.  Parties joint case management conference statement
22
   will be due on May 3, 2007.
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //
   //

1  Parties are requesting this continuance because both counsel will be traveling on April 26,
2  2007.
3  DATED: 4/16/07  By: _____
4  MICHAEL S. SORGEN
   Attorney for Plaintiff
5
6  SCOTT N. SCHOOLS
   United States Attorney
7
8  DATED:  By: [Please See the Attached]
   KATHERINE B. DOWLING
9  Assistant United States Attorney
   Attorneys for Defendant
10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED:
12

13 DATED:
14  _____
   HON. PHYLLIS J. HAMILTON
   United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07-00305 PJH STIPULATION TO CONTINUE DATES

Parties are requesting this continuance because both counsel will be traveling on April 26, 2007.

DATED:                             By: _(Please see the attached)_
                                       MICHAEL S. SORGEN
                                       Attorney for Plaintiff

                                       SCOTT N. SCHOOLS
                                       United States Attorney

DATED: /-16-07                     By: _____
                                       KATHERINE B. DOWLING
                                       Assistant United States Attorney
                                       Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 4/17/07                         _____
                                       HON. PHYLLIS J. HAMILTON
                                       United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Case No. C 07-00305 PJH  STIPULATION TO CONTINUE DATES