1  Michael S. Sorgen, Esq. [S.B. #43107]
   LAW OFFICES OF MICHAEL S. SORGEN
2  240 Stockton Street, 9th Floor
   San Francisco, CA 94609
3  Telephone:    (415) 956-1360
   Facsimile:    (415) 956-6342
4  Email:        msorgen@sorgen.net

5  Mary Dryovage [SB #112551]
   LAW OFFICES OF MARY DRYOVAGE
6  600 Harrison Street, Suite 120
   San Francisco, California 94107
7  Telephone:    (415) 593-0095
   Facsimile:    (415) 593-0096
8  Email:        mdryovage@igc.org

9  Attorney for Plaintiff
   BENJAMIN F. ROBINSON

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENJAMIN F. ROBINSON, | Case No. C-07-0305 PJH |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AND NOTICE PERMITTING WITHDRAWAL OF COUNSEL MARY DRYOVAGE FROM CASE |
| CARLOS M. GUTIEREZ, SECRETARY UNITED STATES DEPARTMENT OF COMMERCE, | N. D CA Local Rule 11-5(a) |
| Defendant. | |

The Court has reviewed this Notice and Proposed Order Permitting Withdrawal of Mary Dryovage as counsel for plaintiff, filed pursuant to Local Rule 11-5(a). Michael Sorgen, who is lead counsel in the case will continue to represent plaintiff; therefore withdrawal is granted.

Respectfully submitted,

LAW OFFICES OF MARY DRYOVAGE

Dated: June 29, 2007            By  /ss/ Electronic Signature Authorized
                                        Mary Dryovage

IT IS SO ORDERED.

Dated: 7/2/07



_____
PHYLLIS J. HAMILTON
U.S. District Judge

[PROPOSED] ORDER PERMITTING WITHDRAWAL FROM CASE
*Robinson v. Gutierez*, No. C 07-0305 PJH                                                                 Page 2