UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ROBINSON, | No. C-07-0305 PJH (EMC) |
| Plaintiff, | |
| v. | **ORDER VACATING SEPTEMBER 18, 2007 SETTLEMENT CONFERENCE** |
| CARLOS M. GUTIEREZ, Secretary United States Department of Commerce, | |
| Defendant. _____/ | |

A Settlement Conference was scheduled in this action for September 18, 2007. The Court continued the Settlement Conference to October 1, 2007 because of this Court's calendar conflicts. Since counsel is not available on October 1, 2007, an alternate date of December 21, 2007, the first date available on this Court's calendar, was given to all counsel for scheduling the Settlement Conference. Because of recent changes to Judge Chen's calendar, the Court rescheduled the October 1, 2007 Settlement Conference to September 18, 2007. Since counsel is not available on September 18, 2007, this Court reserved December 21, 2007 for Settlement Conference.

///
///
///
///
///
///
///
///

1   Counsel has agreed to the December 21, 2007 date for Settlement Conference and informed
2 this Court that an administrative motion to extend the time to conduct a settlement conference would
3 be filed by September 4, 2007 for Judge Hamilton's review and signature.
4   Accordingly, the September 18, 2007 Settlement Conference is VACATED.

6   IT IS SO ORDERED.

8 Dated: August 31, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge