UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. ROBINSON

    Plaintiff,

    v.

CARLOS M. GUTIEREZ, Secretary of the Department of Commerce,

    Defendant.
_____/

No. C 07-0305 PJH

**ORDER**

Before the court is an October 17, 2007 letter from plaintiff's counsel, in which he requests that this matter be referred to a magistrate judge for a discovery conference in order to resolve several disputes regarding defendant's failure to respond to written discovery or to participate in the scheduling of certain depositions.  Although a motion to compel is generally the first step in obtaining such a referral, the court will refer this matter for an informal conference at the appropriate time.  In that regard, the court notes that on October 16, 2007, defendant filed a motion to stay all proceedings in this case pending resolution of a criminal case stemming from the same facts that form the basis of the civil complaint.  Plaintiff has apparently been indicted on criminal charges and is pending trial setting before Judge Fogel.  The motion to stay was noticed for hearing on November 21, 2007.  Given that the discovery disputes will not need to be decided, at least at this early juncture of the civil case, if the case is stayed, and in the interest of conserving valuable court resources, the court will defer the reference to a magistrate judge until after the

hearing and decision on defendant's motion to stay.  If the motion to stay is decided on the papers and the hearing vacated, the court will rule on the discovery request in the same order.

**IT IS SO ORDERED.**

Dated: October 18, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge