UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. ROBINSON,

    Plaintiff,

    v.

CARLOS M. GUTIEREZ, Secretary,
United States Department of Commerce,

    Defendant.
_____/

No. C 07-0305 PJH

**ORDER DENYING MOTION FOR STAY**

Defendant's motion to stay all proceedings in the above-entitled civil action pending resolution of U.S. v. Robinson, CR-07-0596 JF, came on for hearing before this court on November 21, 2007. Plaintiff Benjamin F. Robinson appeared by his counsel Michael S. Sorgen, and defendant appeared by his counsel Katherine B. Dowling. Having read the parties' papers and carefully considered their arguments, and good cause appearing, the court hereby rules as follows and for the reasons stated at the hearing.

    1.    The court has considered the factors set forth in FSLIC v. Molinaro, 889 F.2d 899, 902-03 (9th Cir. 1989), and finds that the motion for a stay of all proceedings must be DENIED. The parties may proceed with document discovery, so long as it does not implicate Federal Rule of Criminal Procedure 16. However, in the event that plaintiff responds to any discovery request by invoking his rights under the Fifth Amendment to the United States Constitution, or in the event that the parties are unable to agree on the parameters of civil discovery, the court will impose a stay on all proceedings.

2. All pretrial dates are VACATED. The parties are ORDERED to meet and confer IN PERSON no later than December 5, 2007, in an attempt to come to an agreement with regard to the parameters of civil discovery, and also with regard to proposed dates for discovery cut-off and for filing dispositive motions. They shall advise the court no later than December 7, 2007, as to the agreement they reached in the meet and confer.

3. The settlement conference, previously ordered for December 21, 2007, shall proceed as scheduled.

4. The court will conduct a case management conference on February 21, 2008, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: November 27, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge