MICHAEL S. SORGEN (CSBN 43107)
JOYCE KAWAHATA (CSBN 113159)
Law Offices of Michael S. Sorgen

240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342
Email: msorgen@sorgen.net

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN F. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS M. GUTIERREZ, Secretary<br>United States Department of Commerce,<br><br>　　　　Defendant. | Case No. C 07-0305 PJH<br><br>STIPULATION TO DISMISS<br>COMPLAINT; [P~~ROPOSED~~] ORDER |

　　　　Parties stipulate to the following, subject to the approval of the Court:

　　　　WHEREAS, the Court on June 23, 2008, approved the parties' Stipulation and Agreement of Compromise and Settlement filed on June 20, 2008;

　　　　THEREFORE, plaintiff's complaint in this action is hereby dismissed with prejudice and

STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER
C 07-0305 PJH                                       -1-

all pending discovery, motion hearing dates, pretrial deadlines and other case management dates associated with this litigation are vacated.

SO STIPULATED.

Respectfully submitted,

LAW OFFICES OF MICHAEL S. SORGEN

DATED: June 24, 2008

_____/s/_____
MICHAEL S. SORGEN
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 24, 2008

_____/s/_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: __6/24/08_____    _____
PHYLLIS J. HAMILTON
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton